**UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF FLORIDA** www.flsb.uscourts.gov

In re: Steve's Frozen Chillers, Inc.

Case No. 17-13690-EPK
Chapter 11

Debtor /

## CHAPTER 11 CASE MANAGEMENT SUMMARY

In compliance with Local Rule 2081-1(B), the Debtor-in-Possession, Steve's Frozen Chillers, Inc., files this Chapter 11 Case Management Summary and states:

The following data represents approximations for background information only and the information may represent the Debtor's best estimate in response to some of the ensuing questions.

1. Date of Order for Relief under chapter 11 (filing date of petition if voluntary chapter 11 petition):

   March 27, 2017

2. Names, case numbers and dates of filing of related debtors:

   Steve and Susan Schoenberg Case No.

3. Description of debtor's business:

   Frozen Beverage Distribution

4. Locations of debtor's operations and whether the business premises are leased or owned:

   3020 High Ridge Rd Ste 600 Boynton Beach FL 33426

5. Reasons for filing chapter 11:

   Promissory Note Liability over $1.3 million and to reorganize vendor liability

6. List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during the 1 year prior to filing:

   Brian Schoenberg: $55,000/ year Health Insurance, Vehicle, Vehicle Insurance
   David Schoenberg $55,000/ year Health Insurance, Vehicle, Vehicle Insurance
   Sue Schoenberg $92,000/ year Health Insurance, Vehicle Insurance

Steven Schoenberg $0/ year, Health Insurance, Vehicle Insurance

7. Debtor's fiscal or calendar year to date gross income and the debtor's gross income for the calendar or fiscal year prior to the filing of this petition:

Unknown at this time.

8. Amounts owed to various creditors:

a. Obligations owed to priority creditors including priority tax obligations: $0

b. With respect to creditors holding secured claims, the name of and amounts owed to such creditors and a description and estimated value of all collateral of the debtor securing their claims, and

Boston Financial Group: $1.35 million

c. Amount of unsecured claims: $547,015.15

9. General description and approximate value of the debtor's assets:

Primarily Frozen drink mixtures, machines, IP, and goodwill- $744,658.11.

10. List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires;

Scottsdale Insurance Co., Wesco Insurance Co.(25011), Westchester Surplus Lines

Following Policy Limits: Medical- $5,000, Rental Property Insurance- $100,000, Personal Injury- $3million, General Aggregate- $5 million, Products Liability- $5 million, Combined vehicle- $500,000.

All premiums are current.

11. Number of employees and amounts of wages owed as of petition date: 11, $0

12. Status of debtor's payroll and sales tax obligations, if applicable. This does not eliminate the obligation of chapter 11 debtors (other than individuals not engaged in business) to provide the more detailed payroll tax information required by Local Rule 2081-1(A): Current

13. Anticipated emergency relief to be requested within 14 days from the petition date:

Cash Collateral

X Steve Schoenberg
/Signature/

Steve Schoenberg CEO
(Name of Corporate Officer or Authorized Representative)

/s/ Angelo A Gasparri, Esq.
Angelo A. Gasparri, Esq.
Attorney for Debtor in Possession
1080 S. Federal Highway
Boynton Beach, FL 33435
Florida Bar No. 032158
Phone: (561) 826-8986
Fax: (561) 935-9706

Attach or file separately a Local Rule 2002-1(F) certificate of service reflecting manner and date of service on all affected parties.